UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 1:19-cv-11558-PBS

CATHERINE HARRIS, AS PERSONAL REPRESENTATIVE OF LARUSSIA Y. HARRIS,
    Plaintiff,

v.

CITY OF BOSTON, JOHN DOE 1, JOHN DOE 2, TUFTS MEDICAL CENTER, AND MATTHEW MOSTOFI, D.O.,
    Defendants.

## PARTIAL STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, Plaintiff, Catherine Harris, and Defendants, City of Boston, Tufts Medical Center ("Tufts"), and Matthew Mostofi, D.O. ("Dr. Mostofi"), (collectively, the "Parties") stipulate to dismiss City of Boston, John Doe 1 and John Doe 2 and all claims against them, including Counts I, II, III, and IV, with prejudice and without costs and subject to the terms and conditions of the parties' settlement agreement. Nothing herein shall serve to impact or affect the Plaintiff's remaining claims pending against Defendants, Tufts Medical Center and Matthew Mostofi, D.O.

The court is respectfully asked to retain jurisdiction for at least forty-five days to enforce the settlement agreement in this action.

| | |
|---|---|
| Respectfully Submitted,<br>The Plaintiff,<br>By Her Attorneys, | Dated:  October 17, 2019 |

| | |
|---|---|
| /s/ Richard M. Welsh, Jr.<br>Richard M. Welsh, Jr., BBO# 552732<br>**Law Offices of Howard M. Kahalas, P.C.**<br>6 Beacon Street, Suite 1020<br>Boston, MA 02108<br>(617) 523-1155<br>rwelsh@kahalaslaw.com | /s/ Damon M. Seligson<br>Damon M. Seligson, BBO #632763<br>**Dinicola, Seligson & Upton, LLP**<br>6 Beacon Street, Suite 700<br>Boston, MA  02108<br>(617) 279-2592<br>Damon.Seligson@dsu-law.com |

| | |
|---|---|
| DEFENDANT, CITY OF BOSTON,<br>By its attorneys:<br>Eugene L. O'Flaherty<br>Corporation Counsel | DEFENDANT, TUFTS MEDICAL CENTER<br>DEFENDANT, MATTHEW MOSTOFI, D.O.<br>BY THEIR ATTORNEY |

| | |
|---|---|
| /s/ Nieve Anjomi<br>Nieve Anjomi (BBO#651212)<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>City Hall, Room 615<br>Boston, MA 02201<br>(617) 635-4098<br>Nieve.Anjomi@boston.gov | /s/ Judith A. Carroll<br>Judith A. Carroll, BBO# 557357<br>Capplis, Connors & Carroll, P.C.<br>18 Tremont Street, Suite 330<br>Boston, MA  02108<br>(617) 227-0722<br>jcarroll@ccclaw.org |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on

| | |
|---|---|
| October 17, 2019<br>Date | /s/ Richard M. Welsh, Jr. |