UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No: 1:19-cv-11558-PBS

CATHERINE HARRIS, )
AS PERSONAL REPRESENTATIVE )
OF LARUSSIA Y. HARRIS )
   Plaintiff, )
)
v. )
)
CITY OF BOSTON, JOHN DOE 1, )
JOHN DOE 2, TUFTS MEDICAL CENTER )
AND MATTHEW MOSTOFI, D.O. )
   Defendants, )

**MOTION OF THE DEFENDANTS, TUFTS MEDICAL CENTER AND MATTHEW MOSTOFI, D.O. TO TEMPORARILY TRANSFER THE CASE TO THE SUPERIOR COURT FOR THE CONVENING OF A MEDICAL MALPRACTICE TRIBUNAL**

Now come the Defendants, Tufts Medical Center and Matthew Mostofi, D.O. (the "Defendants"), by and through counsel, and respectfully request this Honorable Court grant the Motion of the Defendants to Temporarily Transfer the Case to the Superior Court for the Convening of a Medical Malpractice Tribunal. Grounds in support of this Motion are set forth below:

STATEMENT OF THE CASE

This is a medical malpractice action in which the Plaintiff, Catherine Harris, as Personal Representative of the Estate of Larussia Y. Harris (the "Plaintiff"), alleges that the Defendants were negligent in their medical care and treatment of the Plaintiff's Decedent ("Ms. Harris") on May 15, 2016. The Plaintiff alleges that as the direct result of the Defendants' failure to properly evaluate and treat Ms. Harris in the Emergency Department, she died May 16, 2016. The Defendants maintain that their care and treatment of Ms. Harris complied with the standard of

*[Handwritten notation: 10/18/19 The parties shall inform the court whether there is diversity of citizenship. —Paul S. [signature]]*